| | | |
|---|---|---|
| | FILED ___ LODGED<br>___ RECEIVED ___ COPY<br><br>OCT 0 8 2015<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | |

| | | |
|---|---|---|
| Prob 22<br>(2/98)<br><br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran Court)<br>4:02-cr-00208-01<br><br>**CR-15-50163-PHX-NVW** |

| | | |
|---|---|---|
| NAME AND ADDRESS OF<br>PROBATION/SUPERVISED RELEASEE:<br><br>Riley Lewis Kmiecik | DISTRICT<br>Southern District of Iowa | DIVISION<br>United States Probation Office |
| | NAME OF SENTENCING JUDGE<br><br>James E. Gritzner<br>Senior U.S. District Judge | |
| | DATES OF PROB/TSR<br>RELEASE | FROM<br>06/16/2011 | TO<br>06/15/2016 |

OFFENSE
T.841(a)(1)  Possession with Intent to Distribute Methamphetamine (Ct. 1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

   IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Arizona** upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JAMES E. GRITZNER, Senior Judge
U.S. DISTRICT COURT

   Date:  September 25, 2015

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10-5-15_
Date

_____
United States District Judge